

**ORDERED in the Southern District of Florida on April 1, 2019.**

_A. Jay Cristol_
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

KEVIN ROHALMIN,                                    Case No. 16-25652-BKC-AJC

    Debtor.                                            Chapter 7
_____/
DREW M. DILLWORTH, Trustee,                        Adv. No. 18-1454-BKC-AJC-A

    Plaintiff,

vs.

NYA ROHALMIN, et al.,

    Defendants.
_____/

**DEFAULT FINAL JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST**
**DEFENDANTS NYA ROHALMIN AND NEDA FANAEIAN**

THIS MATTER came before the Court upon the *Order Granting Ex-Parte Motion for Entry of Partial Final Default Judgment Against Defendants Nya Rohalmin and Neda Fanaeian*

entered simultaneously herewith. Pursuant to the Court's Order granting default final judgment against Defendants Nya Rohalmin and Neda Fanaeian, it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiff, DREW M. DILLWORTH, Chapter 7 Trustee, whose address is Museum Tower, Suite 2200, 150 West Flagler Street, Miami, Florida 33130, and against Defendants Nya Rohalmin and Neda Fanaeian on all counts of the Complaint; and, Defendants Nya Rohalmin and Neda Fanaeian are jointly and severally liable for damages to the Plaintiff in the amount of $212,419.84, and shall immediately turnover the Newco transfer and Newco2 to Plaintiff.

# # #

**Copies furnished to:**

Eric J. Silver, Esq.
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2688
esilver@stearnsweaver.com

*(Attorney Silver is directed to serve a copy of this Order upon all interested parties and to file a Certificate of Service.)*